```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
```
------------------------------X
UNITED STATES OF AMERICA,      :
                               :
        -against-              :       20 CR 237 (VM)
                               :          ORDER
TONY SERRANO,                  :
                               :
             Defendant.        :
------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that an initial conference in this above matter is scheduled for Friday, May 7, 2021 at 1:00 PM. The conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         06 May 2021

_____
Victor Marrero
U.S.D.J.