**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------X

UNITED STATES OF AMERICA,  :
                                 :

                                 :

      -against-            :       **21 CR 237 (VM)**
                                        **ORDER**

                                 :

TONY SERRANO,  :
                                 :

               Defendant.    :

--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Government, with the consent of defense counsel (see Dkt. No. 21), requests that the status conference scheduled for March 18, 2022 be adjourned. The conference shall be rescheduled for Friday, May 6 at 1:00 p.m.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until May 6, 2022.

It is hereby ordered that time until May 6, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
          14 March 2022

                                            _____
                                              Victor Marrero
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/14/2022_