```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :      21 CR 237 (VM)
         -against-                       :      ORDER
                                         :
TONY SERRANO,                            :
                                         :
                    Defendant.           :
-----------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The parties request an adjournment of the conference presently scheduled for July 1, 2022. (See Dkt. No. 26.) It is hereby ordered that the conference scheduled for July 1, 2022 in this matter shall be adjourned until August 12, 2022 at 1:30 PM.

The parties consent to an exclusion of time from the Speedy Trial Act until August 12, 2022. (See id.)

It is hereby ordered that time until August 12, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         28 June 2022

_____
Victor Marrero
U.S.D.J.