```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

TONY SERRANO,

                Defendant.

21 CR. 0237 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of a letter from defendant Tony Serrano, dated November 28, 2022, requesting the appointment of new counsel. The Court hereby schedules a change of counsel conference to assess this request for Friday, January 13, 2023, at 11:00 AM.

**SO ORDERED.**

Dated:    12 January 2023
           New York, New York

                                                    _____
                                                       Victor Marrero
                                                         U.S.D.J.