USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

　　　　　　- against -

TONY SERRANO,

　　　　　　　　　Defendant.

---

21 CR 0237 (VM)

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

　　It is hereby ordered that Evans Prieston, the attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Gráinne E. O'Neill.

**SO ORDERED.**

Dated:　　13 January 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　U.S.D.J.