# O'NEILL / HASSEN

Attorneys at Law

March 23, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2023
```

<u>VIA ECF and Email</u>
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Tony Serrano,* 21 Cr. 237 (VM)

Dear Judge Marrero:

I represent Mr. Serrano in the above-captioned-matter. There is a status conference currently scheduled for March 31, 2023. I am writing to provide the Court with a status update and to request an adjournment of the upcoming status conference for 60 days. The government consents to this request for an adjournment.

The defense is continuing to investigate the case and review the discovery. The parties are engaged in negotiations. We seek this additional time to continue to work on the case, and the defense consents to the exclusion of time pursuant to the Speedy Trial Act.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

> Requested **GRANTED.** The Court hereby adjourns the status conference scheduled for Friday, March 31, 2023, until Friday, June 9, 2023, at 2:00 PM. It is also hereby **ORDERED** that time until June 9, 2023 shall be excluded from speedy trial calculations. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).
>
> SO ORDERED.
> March 24, 2023   Victor Marrero, U.S.D.J.