# O'NEILL / HASSEN

Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/23

June 7, 2023

<u>VIA ECF and Email</u>
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Tony Serrano,* 21 Cr 237 (VM)

Dear Judge Marrero:

    I am writing to request that the status conference currently scheduled for June 9, 2023, be adjourned for approximately 60 days. This adjournment request is necessary for the parties to engage in plea negotiations and for the defense to continue to review the discovery. The government consents to this request for an adjournment and the defense consents to the exclusion of time pursuant to the Speedy Trial Act. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Tony Serrano*

```
REQUEST GRANTED. The Court hereby
adjourns the status conference set
for Friday, June 9, 2023, at 2:00
PM to Friday, September 1, 2023,
at 2:00 PM. It is also hereby
ORDERED that time until September
1, 2023 shall be excluded from
speedy trial calculations. This
order of exclusion is made
pursuant to 18 U.S.C. §§ 3161(h)
(7)(B)(i) & (iv).

SO ORDERED.
Dated: 8 June, 2023
```

Victor Marrero
U.S.D.J.

---

**1 /** P (646) 808-0997      **4 /** www.oandh.net
**2 /** F (212) 203-1858      **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net      **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA