O'NEILL / HASSEN                                                                          Attorneys at Law

April 12, 2024

<u>VIA ECF and Email</u>
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/24
```

RE: *United States v. Tony Serrano,* 21 Cr 237 (VM)

Dear Judge Marrero:

    I am writing with the consent of the government to request that Mr. Serrano's sentencing, currently scheduled for April 25, 2024 be adjourned for approximately six weeks. This request is necessary because I am still collecting letters and information that will aid the Court in fashioning the appropriate sentence. Mr. Serrano has a complex biopsychosocial history and a complex criminal history. This is the first such adjournment request. Additionally, we have not yet received the final PSR, which is necessary to complete the sentencing memorandum.

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Tony Serrano*

Request **GRANTED**.
Sentencing in this matter is hereby adjourned to June 7, 2024, at 11 a.m.

**SO ORDERED.**
4/15/24
DATE                                           VICTOR MARRERO, U.S.D.J.

**1 /** P (646) 808-0997        **4 /** www.oandh.net
**2 /** F (212) 203-1858        **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net       **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA