USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

TONY SERRANO,

                 Defendant.

21-cr-0237 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    The sentencing proceeding in this matter currently scheduled for June 7, 2024, is hereby adjourned to June 21, 2024, at 1:30 p.m.

**SO ORDERED.**

Dated:    May 15, 2024
            New York, New York

                                            Victor Marrero
                                              U.S.D.J.