**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2025
```

UNITED STATES OF AMERICA,

- against -

TONY SERRANO,

                Defendant.

21 CR 0237 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court denies the Defendant's petition dated March 20, 2025, (see Dkt. No. 62), without prejudice to allow the Defendant to refile the petition with the United States District Court for the Middle District of Pennsylvania.

**SO ORDERED.**

Dated:    6 May 2025
            New York, New York

                                            _____
                                            Victor Marrero
                                            U.S.D.J.